**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**DONALD STEVEN BRYAN**                                                                          **PLAINTIFF**

V.                                          **CASE NO. 5:23-CV-5239**

**ANGELINE BACON, Public Defender;**
**NANCY ALDRIDGE, Prosecuting Attorney;**
**and JOHN DOE, First Helping Public Defender**                               **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 10) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Plaintiff requested and was granted an extension of time to file objections, but not objections were filed by him or any other party.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, the Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Report and Recommendation.

**IT IS SO ORDERED** on this 21st day of February, 2024.

> */s/ Timothy L. Brooks*
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE